UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY S DEAN AND JENENE S DEAN,<br><br>            Plaintiff,<br><br>  v.<br><br>DHI MORTGAGE COMPANY LTD LP, AURORA LOAN SERVICES, OCWEN LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JOHN DOE 1, AND JOHN DOES 2-10,<br><br>           Defendants. | Case No. EDCV 11-00905 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Aurora Loan Services and Mortgage Electronic Registration Systems is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 19, 2011

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge