**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-00905 VAP (SPx)                              Date: February 21, 2012

Title:   CODY S DEAN AND JENENE S DEAN -v- DHI MORTGAGE COMPANY LTD LP, AURORA LOAN SERVICES, OCWEN LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JOHN DOE 1, AND JOHN DOES 2-10
==========================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                                              None Present
  Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                    DEFENDANTS:

  None                                                       None

PROCEEDINGS:        MINUTE ORDER ORDERING PLAINTIFFS TO SHOW
                    CAUSE (IN CHAMBERS)

    On August 19, 2011, the Court granted the Motion to Dismiss filed by Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc.  (See Doc. No. 27 ("Aug. 19 Order").)  In the August 19 Order, the Court dismissed certain of Plaintiffs' claims without leave to amend, and dismissed others with leave to amend.  (Id. at 13.)  On August 30, 2011, the Court ordered that Plaintiffs may file an amended complaint by no later than September 9, 2011.  (Doc. No. 29.)  To date, Plaintiffs have not filed an amended complaint nor any documents

**EDCV 11-00905 VAP (SPx)**
**CODY S DEAN, et al. v. DHI MORTGAGE COMPANY LTD LP, et al.**
**MINUTE ORDER of February 21, 2012**

seeking an extension of time to file an amended complaint.  Accordingly, the Court ORDERS Plaintiffs to show cause, in writing by no later than March 5, 2012, why their action should not be dismissed for failure to prosecute.  Plaintiffs may reply by filing an amended complaint or explaining the reason for their previous failure to file an amended complaint timely.

    **IT IS SO ORDERED.**