# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-00905 VAP (SPx)                              Date:  February 21, 2012

Title:   CODY S DEAN AND JENENE S DEAN -v- DHI MORTGAGE COMPANY LTD LP, AURORA LOAN SERVICES, OCWEN LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JOHN DOE 1, AND JOHN DOES 2-10
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     MINUTE ORDER ORDERING PLAINTIFFS TO SHOW CAUSE (IN CHAMBERS)

　　　On August 19, 2011, the Court granted the Motion to Dismiss filed by Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc.  (See Doc. No. 27 ("Aug. 19 Order").)  In the August 19 Order, the Court dismissed certain of Plaintiffs' claims without leave to amend, and dismissed others with leave to amend.  (Id. at 13.)  On August 30, 2011, the Court ordered that Plaintiffs may file an amended complaint by no later than September 9, 2011.  (Doc. No. 29.)  To date, Plaintiffs have not filed an amended complaint nor any documents

**EDCV 11-00905 VAP (SPx)**
**CODY S DEAN, et al. v. DHI MORTGAGE COMPANY LTD LP, et al.**
**MINUTE ORDER of February 21, 2012**

seeking an extension of time to file an amended complaint. Accordingly, the Court ORDERS Plaintiffs to show cause, in writing by no later than March 5, 2012, why their action should not be dismissed for failure to prosecute. Plaintiffs may reply by filing an amended complaint or explaining the reason for their previous failure to file an amended complaint timely.

**IT IS SO ORDERED.**