**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY S DEAN AND JENENE S DEAN,<br><br>        Plaintiff,<br><br>   v.<br><br>DHI MORTGAGE COMPANY LTD LP, AURORA LOAN SERVICES, OCWEN LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JOHN DOE 1, AND JOHN DOES 2-10,<br><br>        Defendants. | Case No. EDCV 11-00905 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant Aurora Loan Services LLC is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 24, 2012

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge